John Du Wors, State Bar No. 233913
duwors@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone:   (206) 274-2800
Facsimile:    (206) 274-2801

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Davison Design & Development Inc. et al., <br><br> Plaintiffs/Counter-Defendants, <br> v. <br><br> Cathy Riley, an individual, <br><br> Defendant/Counter-Plaintiff. | No. 11-2970-EDL <br> No. 11-5107-EMC <br><br> Lead Case No. 11-2970-EDL <br> ORDER ON <br> **JOINT REQUEST TO SET ASIDE ENTRY OF DEFENDANT'S DEFAULT** |
| Cathy Riley, an individual, and Kristina Kirby, an individual, <br><br> Counter-Claimants, <br> v. <br><br> OnDemandResearch.com et al., <br><br> Counter-Defendants. | |
| XL Marketing Corp. et al., <br><br> Plaintiffs, <br> v. <br><br> Kristina Kirby, an individual, <br><br> Defendant. | |

In accordance with the Stipulation and Order Consolidating Case No. 3:11-cv-02970 with Case No. 3:11-cv-05107 (Docket #24 on this case number), the Parties jointly

request that this Court set aside the default of Defendant Kristina Kirby to Plaintiffs Davison Design & Development Inc. *et al*'s Complaint (Docket #15).

**NEWMAN DU WORS LLP**

Dated: Mar. 12, 2012

　　　　　　　　　　　　　　　/s/ John Du Wors
John Du Wors
Attorneys for Counter-Defendants Davison Design & Development Inc. et al

**THE LAW OFFICES OF DANIEL BALSAM**

Dated: Mar. 12, 2012　　　　/s/ Daniel L. Balsam (by permission)
Daniel L. Balsam
Attorneys for Counter-Claimant Cathy Riley

**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the default entered against Defendant Kristina Kirby in case number 11-5107 EDL be set aside. Defendant's motion to set aside entry of default is hereby denied as moot (doc. no. 16).

Dated: March 16, 2012

IT IS SO ORDERED
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
**JOINT REQUEST TO SET ASIDE ENTRY OF DEFENDANTS' DEFAULT—CV-11-2970-EDL**