**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____
www.cand.uscourts.gov

Richard W. Wieking                                                              General Court Number
Clerk                                                                                      415.522.2000


**April 19, 2012**

**CASE NUMBER:  CV 11-05107 EDL**
**CASE TITLE:  XL MARKETING CORP.-v-KRISTINA KIRBY**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **OAKLAND** division.

**Honorable PHYLLIS J. HAMILTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 4/19/12


FOR THE EXECUTIVE COMMITTEE:

_____
                                                                          Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies              Special Projects
Log Book Noted                                    Entered in Computer 4/19/12 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                            Transferor CSA