United States District Court

For the Northern District of California

1

2

3                         UNITED STATES DISTRICT COURT

4                         NORTHERN DISTRICT OF CALIFORNIA

5

6

7    XL MARKETING CORP., et al.,

                 Plaintiffs,                    No. C 11-5107 PJH

8

9        v.                                     **ORDER DENYING MOTION FOR
                                                PARTIAL SUMMARY JUDGMENT;**
    KRISTINA KIRBY,                             **ORDER TO SHOW CAUSE RE**

10                                              **SUBJECT MATTER JURISDICTION**

                 Defendant.

11   _____/

12

13        Defendant's motion for partial summary judgment came on for hearing before this

14   court on January 15, 2014.  Plaintiffs and counter-defendants XL Marketing Corp., et al.

15   ("plaintiffs") appeared through their counsel, Leeor Neta.  Defendant and counter-plaintiff

16   Kristina Kirby ("defendant" or "Kirby") appeared through her counsel, Daniel Balsam.

17   Having read the papers filed in conjunction with the motion and carefully considered the

18   arguments and the relevant legal authority, and good cause appearing, the court DENIES

19   Kirby's motion for the reasons stated at the hearing.  Kirby seeks a ruling regarding the

20   scope of federal CAN-SPAM preemption in the abstract, and presents no actual facts in her

21   motion.  As such, the court finds that Kirby seeks an advisory opinion, and thus DENIES

22   her motion for partial summary judgment.  The court also DENIES as moot plaintiffs'

23   "application to strike" Kirby's motion.

24        At the hearing, the court also noted that the jurisdictional basis for this case is

25   unclear, now that it is no longer consolidated with Davison v. Riley.  Accordingly, the court

26   orders plaintiffs to show cause as to why this case should not be dismissed for lack of

27   subject matter jurisdiction.  Plaintiffs shall have until **January 29, 2014** to file a response to

28   this order, and Kirby shall have until **February 12, 2014** to respond to plaintiffs' filing.

**United States District Court**
For the Northern District of California

1    Finally, to remove any doubt, this case shall remain stayed for all purposes other

2  than the OSC until the court rules otherwise.

3    **IT IS SO ORDERED.**

4  Dated: January 15, 2014

5    _____
PHYLLIS J. HAMILTON
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28