UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

XL MARKETING CORP., et al.,

    Plaintiffs,

  v.

KRISTINA KIRBY,

    Defendant.
_____/

No. C 11-5107 PJH

**JUDGMENT**

The court having dismissed this action for lack of subject matter jurisdiction, it is Ordered and Adjudged that the action is dismissed.

**IT IS SO ORDERED.**

Dated: February 28, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge